IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTUMN GOLONKA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　Defendant. | **4:25CV3061**<br><br><br>**FINAL PROGRESSION ORDER**<br>**(AMENDED)** |

IT IS ORDERED that the joint motion to modify, Filing No. 27, is granted. The final progression order, Filing No. 24, is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for June 2, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **July 14, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 24, 2026.

3)    The deadline for filing motions to dismiss and motions for summary judgment is August 28, 2026.

4)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 27, 2026.

5)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

1

6)    All other deadlines and provisions in the Court's prior final progression
orders not amended herein remain unchanged.


Dated this 28th day of May, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge