IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUTUMN GOLONKA,

Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**4:25CV3061**

**ORDER FOR DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 31). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 16th day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge